1  **ANTONIO F. YOON**
   California Bar No. 163961
2  501 W. Broadway, Suite A-387
   San Diego, California  92101
3  Telephone:  (619) 544-0021

4  Attorney for Mr. Phillips

FILED

07 JAN 26 PM 1:03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

5

6

7  **UNITED STATES DISTRICT COURT**

8  **SOUTHERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA, )        Criminal No. 06CR0643-J
              Plaintiff,       )
11                             )
    v.                         )
12                             )        **ORDER TO CLOSE INTEREST BEARING**
    **BRIAN PHILLIPS,**        )        **ACCOUNT AND DISBURSE FUNDS**
13                             )
                               )
14                             )
              Defendant.       )
15  _____  )

16

17        **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Clerk release the

18  amount of $25,000.00, plus interest, from the interest bearing account in the above entitled case to

19  Howard Phillips, 7672 Mockingbird Drive, San Diego, CA 92123.

20

21        **IT IS FURTHER ORDERED** that the Clerk is authorized to deduct ten percent of the

22  earned interest, as authorized by the Judicial Conference of the United States.

23

24        **IT IS SO ORDERED.**

25

26  Dated: 1-26-07                    _____
                                      HONORABLE NAPOLEON A. JONES JR.
27                                    UNITED STATES DISTRICT COURT

28